ACCEPTED
04-14-00692-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/20/2015 12:13:29 PM
KEITH HOTTLE
CLERK



**Bexar County Public Defender's Office**

101 W. Nueva ◆ Paul Elizondo Tower – Suite 310 ◆ San Antonio, TX 78205-3440

Phone: (210) 335-0701 ◆ Fax: (210) 335-0707

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
5/20/2015 12:13:29 PM
KEITH E. HOTTLE
Clerk

May 20, 2015

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa St., Suite 3200
San Antonio, Texas 78205

> Re:  Mark Salazar v. State of Texas
> Appeal No. 04-14-00692-CR
> Cause No. 2009-CR-9726

To the Honorable Court of Appeals:

Pursuant to Tex. R. App. P. 48.4 (West 2013), I hereby certify that I have notified the Appellant, Mark Salazar, of his right to file a *pro se* petition for discretionary review. I have included a copy of the opinion and the judgment with my letter to Mr. Salazar. The notification was sent by certified mail, return receipt requested. A copy of the return receipt is attached to this letter. The undersigned attorney supplies the Court with the following information about this case:

> Appellate attorney: Richard B. Dulany, Jr. (SBN:06196400)
> Date of Opinion and Judgment: May 13, 2015
> Date notification mailed to Appellant: May 13, 2015
> Certified mail number: 7012 1640 0002 4217 6658
> Date return receipt received by the undersigned attorney: May 19, 2015

Sincerely yours,

RICHARD B. DULANY, JR.
Appellate Public Defender

Attachment
/cmb

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

MARK SALAZAR
TDCJ # 01954872
DOMINGUEZ STATE JAIL
6535 CAGNON ROAD
SAN ANTONIO TX 78252

*COMPLETE THIS SECTION ON DELIVERY*

**A. Signature**

X _Mike McLaughlin_    ☑ Agent    ☐ Addressee

**B. Received by** *(Printed Name)*    **C. Date of Delivery**

Mike McLaughlin    5/15/15

**D. Is delivery address different from item 1?** ☐ ...
If YES, enter delivery address below: ☐ No

**3. Service Type**
- ☒ Certified Mail®
- ☐ Registered
- ☐ Insured Mail
- ☐ Priority Mail Express™
- ☐ Return Receipt for Merchandise
- ☐ Collect on Delivery

**4. Restricted Delivery?** *(Extra Fee)*    ☐ Yes

**2. Article Number** *(Transfer from service label)*

7012 1640 0002 4217 6658

PS Form **3811**, July 2013      Domestic Return Receipt

UNITED STATES POSTAL SERVICE

TX 780

15 MAY 25

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

*Bexar County*
*Appellate Public Defender's Office*
Paul Elizondo Tower
101 W. Nueva, Suite 310
San Antonio, Texas  78205